1  Ronald D. Roup (94495) - ron@rouplaw.com
   Brad M. Simon (244369) - brad@rouplaw.com
2  Jamie P. Trieloff (262983) - jamie@rouplaw.com
   **ROUP & ASSOCIATES, A LAW CORPORATION**
3  23101 Lake Center Drive, Suite 310
   Lake Forest, California 92630
4  (949) 472-2377; (949) 472-2317 *Facsimile*

5  Attorneys for Defendants,
   LITTON LOAN SERVICING LP; and
6  AND MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.
7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

11

| | |
|---|---|
| KERRY MCCONNELL, SINDY MCCONNELL, | **Case No.: 2:09-CV-01863-FCD-KJM** |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| LITTON LOAN SERVICING, LP; QUALITY LOAN SERVICE, CORP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and DOES 1-50, inclusive, | |
| Defendants. | Hearing<br>Date:    July 28, 2009<br>Time:   10:00 a.m.<br>Ctrm:   2, 15th Floor<br>Judge:  Hon. Frank C. Damrell, Jr. |

27  / / /

28  / / /

1
ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

Having considered the request by Defendants, Litton Loan Servicing LP and Mortgage Electronic Registration Systems, Inc., and good cause having been shown therefore,

**IT IS HEREBY ORDERED THAT:**

Jamie P. Trieloff, counsel for the above-referenced Defendants, is hereby permitted to attend the hearing on Plaintiff's application for a temporary restraining order, which is currently set for 10:00 a.m. on July 28, 2009, via teleconference. The Court will call Defendants' counsel Jamie P. Trieloff at approximately 10:00 a.m. at (949) 472-2377, Ext. 247. Defendants' physical appearance is not required.

Dated: July 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE