1 | Ronald D. Roup (94495) - ron@rouplaw.com
  | Brad M. Simon (244369) - brad@rouplaw.com
2 | Jamie P. Trieloff (262983) - jamie@rouplaw.com
  | **ROUP & ASSOCIATES, A LAW CORPORATION**
3 | 23101 Lake Center Drive, Suite 310
  | Lake Forest, California 92630
4 | (949) 472-2377; (949) 472-2317 *Facsimile*

5 | Attorneys for Defendants,
  | LITTON LOAN SERVICING LP; and
6 | AND MORTGAGE ELECTRONIC
  | REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| KERRY MCCONNELL, SINDY MCCONNELL, | **Case No.: 2:09-CV-01863-FCD-KJM** |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON APPLICATION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| LITTON LOAN SERVICING, LP; QUALITY LOAN SERVICE, CORP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC and DOES 1-50, inclusive, | |
| Defendants. | Hearing Date:   August 7, 2009<br>Time:   10:00 a.m.<br>Ctrm:   2, 15th Floor<br>Judge:   Hon. Frank C. Damrell, Jr. |

///

///

1

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

1  Having considered the request by Defendants, Litton Loan Servicing LP and Mortgage Electronic Registration Systems, Inc., and good cause having been shown therefore,

**IT IS HEREBY ORDERED THAT:**

Brad M. Simon, counsel for the above-referenced Defendants, is hereby permitted to attend the hearing on Plaintiff's application for a preliminary injunction, which is currently set for 10:00 a.m. on August 7, 2009, via telephone or teleconference.  Defendants' physical appearance is not required.

Dated: August 7, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

1

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE